

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00008-CR

_____

JAKOSH WILLIAMS, Appellant

V.

STATE OF TEXAS, Appellee

On Appeal from the County Court at Law
Harrison County, Texas
Trial Court No. 2012-0764

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

## MEMORANDUM OPINION

Jakosh Williams, appellant, has filed with this Court a motion to dismiss his appeal. The motion was signed by both Williams and his counsel in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss the appeal.


Jack Carter
Justice


Date Submitted:     February 14, 2013
Date Decided:       February 15, 2013

Do Not Publish